Dismissed and Memorandum Opinion filed March 4, 2004









Dismissed and Memorandum Opinion filed March 4, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01452-CV

____________

 

MOODY GARDENS,
INC., Appellant

 

V.

 

DIANNE DEASON,
Appellee

 



 

On Appeal from the
56th District Court

Galveston County,
Texas

Trial Court Cause
No. 01CV0060

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 24, 2003.

On February 25, 2004, the parties filed a motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 4, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.